Order Filed on October 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys At Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Attorneys for Debtor(s)
Mark Goldman, Esq. #MG-8019

In Re:

JANET JONES,

Debtor

Case No. 18-20976

Chapter: 13

Judge: Hon. John K. Sherwood

## ORDER RESOLVING CHAPTER 13 TRUSTEE'S OBJECTION TO DEBTOR'S AMENDED SCHEDULES

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED**.

DATED: October 2, 2020

Honorable John K. Sherwood
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys At Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Attorneys for Debtor(s)
Mark Goldman, Esq. #MG-8019

In Re:

JANET JONES,

Debtor

Case No. 18-20976

Chapter: 13

Judge:   Hon. John K. Sherwood

**CONSENT ORDER RESOLVING CHAPTER 13 TRUSTEE'S OBJECTION TO DEBTOR'S AMENDED SCHEDULES**

WHEREAS, on March 15, 2019, Janet Jones, the above-captioned Chapter 13 debtor (the "Debtor"), by and through her counsel Mark Goldman, Esq., filed an Amended Schedule A/B (doc 28) listing, *inter alia*, a 4.16% interest in the Estate of Agnes Collins (the "Estate") with a value listed as "Unknown";

WHEREAS, on March 26, 2019, the Chapter 13 Trustee filed an Objection (Doc 29) to the Amended Schedule A/B as the Debtor failed to provide a value for this asset;

WHEREAS, the Debtor, to date, has not been provided with an valuation of the Debtor's respective 4.16% interest in the Estate and is unable to provide same to the Chapter 13 Trustee; and

WHEREAS, the Debtor and the Chapter 13 Trustee, having agreed to resolve their differences and having consented to the form, substance and entry of the within Order; and for other and good and sufficient cause shown:

IT IS on this _____ day of September, 2020, ORDERED as follows:

1. Upon the receipt of information regarding the official value of the asset from the administrator of the Estate and/or the value of any distribution to the Debtor, the Debtor shall file an amended Schedule A/B reflecting same.

2. Nothing herein shall restrict the right of the Chapter 13 Trustee to object to any amended schedule filed by the Debtor.

3. No disbursements of any kind in relation to or on account of the Debtor's interest in the Estate shall be made to the Debtor without further application to the Court.

4. A copy of this Consent Order shall be served upon the administrator for the Estate within ten (10) days of entry upon the docket.

The undersigned hereby consent to the form, content and entry of the within Order.

Dated:  September 17, 2020                                  Dated:   September 17, 2020

/s/ Mark Goldman, Esq.                                      /s/ Brian Knapp, Esq.
Mark Goldman, Esq.                                          Marie-Ann Greenberg, Esq.
Goldman & Beslow, LLC                                       Chapter 13 Trustee
7 Glenwood Avenue                                           30 Two Bridges Road
Suite 311B                                                  Suite 330
East Orange, NJ 07107                                       Fairfield, NJ 07004
                                                            Brian Kanpp, Esq. – Staff Attorney