UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys At Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Attorneys for Debtor(s)
Mark Goldman, Esq. #MG-8019

In Re:

JANET JONES,

Debtor

Order Filed on October 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 18-20976

Chapter: 13

Judge:  Hon. John K. Sherwood

### ORDER RESOLVING CHAPTER 13 TRUSTEE'S OBJECTION TO DEBTOR'S AMENDED SCHEDULES

The relief set forth on the following pages numbered two (2) through three (3) is hereby ORDERED.

DATED: October 2, 2020

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys At Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Attorneys for Debtor(s)
Mark Goldman, Esq. #MG-8019

In Re:

**JANET JONES,**

Debtor

Case No. 18-20976

Chapter: 13

Judge: Hon. John K. Sherwood

**CONSENT ORDER RESOLVING CHAPTER 13 TRUSTEE'S OBJECTION TO DEBTOR'S AMENDED SCHEDULES**

WHEREAS, on March 15, 2019, Janet Jones, the above-captioned Chapter 13 debtor (the "Debtor"), by and through her counsel Mark Goldman, Esq., filed an Amended Schedule A/B (doc 28) listing, *inter alia*, a 4.16% interest in the Estate of Agnes Collins (the "Estate") with a value listed as "Unknown";

WHEREAS, on March 26, 2019, the Chapter 13 Trustee filed an Objection (Doc 29) to the Amended Schedule A/B as the Debtor failed to provide a value for this asset;

WHEREAS, the Debtor, to date, has not been provided with an valuation of the Debtor's respective 4.16% interest in the Estate and is unable to provide same to the Chapter 13 Trustee; and

WHEREAS, the Debtor and the Chapter 13 Trustee, having agreed to resolve their differences and having consented to the form, substance and entry of the within Order; and for other and good and sufficient cause shown:

IT IS on this _____ day of September, 2020, ORDERED as follows:

1. Upon the receipt of information regarding the official value of the asset from the administrator of the Estate and/or the value of any distribution to the Debtor, the Debtor shall file an amended Schedule A/B reflecting same.

2. Nothing herein shall restrict the right of the Chapter 13 Trustee to object to any amended schedule filed by the Debtor.

3. No disbursements of any kind in relation to or on account of the Debtor's interest in the Estate shall be made to the Debtor without further application to the Court.

4. A copy of this Consent Order shall be served upon the administrator for the Estate within ten (10) days of entry upon the docket.

The undersigned hereby consent to the form, content and entry of the within Order.

Dated:  September 17, 2020                    Dated:    September 17, 2020

/s/ Mark Goldman, Esq.                        /s/ Brian Knapp, Esq.
Mark Goldman, Esq.                            Marie-Ann Greenberg, Esq.
Goldman & Beslow, LLC                         Chapter 13 Trustee
7 Glenwood Avenue                             30 Two Bridges Road
Suite 311B                                    Suite 330
East Orange, NJ 07107                         Fairfield, NJ 07004
                                              Brian Kanpp, Esq. – Staff Attorney

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                     Case No. 18-20976-JKS

Janet Jones                                                                                        Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 02, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Janet Jones, 74 Prospect Street, East Orange, NJ 07017-2409 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2020                               Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2020 at the address(es) listed below:

**Name**                                        **Email Address**

Andrew L. Spivack
    on behalf of Creditor BANK OF AMERICA N.A. nj.bkecf@fedphe.com

David G. Beslow
    on behalf of Debtor Janet Jones yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Glenford Washington Warmington
    on behalf of Creditor Prospect Townhomes Corporation attorneys@lawgapc.com

Kevin Gordon McDonald
    on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg

magecf@magtrustee.com

Mark Goldman

on behalf of Debtor Janet Jones yrodriguez@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8