|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c) | Order Filed on November 4, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey   07017<br>(973)-677-9000<br>Mark Goldman, Esq. #MG-8019<br><br>*Attorneys for Debtor(s), Janet Jones* | |
| In Re:<br><br>**JANET JONES,**<br><br>Debtor | Case No.: 18-20976<br><br>Chapter:   13<br><br>Judge:      JKS |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: November 4, 2020

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page:           2
Debtor(s):      Janet Jones
Case No.:       18-20976/JKS

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that Mark Goldman, Esq., the applicant, is allowed the sum of $400.00 for services rendered and expenses in the amount of $ 0 for a total of $400.00 of which $0 has already been received by said attorney and of which the balance of $400.00 shall be paid by the Chapter 13 Standing Trustee. The allowance shall be payable:

    XX through the Chapter 13 Plan as an administrative priority.

    ___ outside the plan.

The debtor's monthly plan is modified to require a payment of N/A per month for N/A months to allow for payment of the aforesaid fee and delinquent trustee payments.