UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey   07017
(973)-677-9000
Mark Goldman, Esq. #MG-8019

*Attorneys for Debtor(s), Janet Jones*

Order Filed on November 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**JANET JONES,**

Debtor

Case No.: 18-20976

Chapter:   13

Judge:   JKS

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: November 4, 2020

Honorable John K. Sherwood
United States Bankruptcy Court

Page: 2
Debtor(s): Janet Jones
Case No.: 18-20976/JKS

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that Mark Goldman, Esq., the applicant, is allowed the sum of $400.00 for services rendered and expenses in the amount of $ 0 for a total of $400.00 of which $0 has already been received by said attorney and of which the balance of $400.00 shall be paid by the Chapter 13 Standing Trustee. The allowance shall be payable:

    _XX_ through the Chapter 13 Plan as an administrative priority.

    ___ outside the plan.

The debtor's monthly plan is modified to require a payment of N/A per month for N/A months to allow for payment of the aforesaid fee and delinquent trustee payments.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                               Case No. 18-20976-JKS

Janet Jones                                                                                   Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 04, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2020:**

**Recip ID**        **Recipient Name and Address**
db                  + Janet Jones, 74 Prospect Street, East Orange, NJ 07017-2409

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2020                      Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:**

**Name**                **Email Address**

Andrew L. Spivack
    on behalf of Creditor BANK OF AMERICA N.A. andrew.spivack@brockandscott.com

Andrew M. Lubin
    on behalf of Creditor BANK OF AMERICA N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com

David G. Beslow
    on behalf of Debtor Janet Jones yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Glenford Washington Warmington
    on behalf of Creditor Prospect Townhomes Corporation attorneys@lawgapc.com

Kevin Gordon McDonald

District/off: 0312-2                                  User: admin                                              Page 2 of 2
Date Rcvd: Nov 04, 2020                         Form ID: pdf903                                         Total Noticed: 1

                    on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg

                    magecf@magtrustee.com

Mark Goldman

                    on behalf of Debtor Janet Jones yrodriguez@goldmanlaw.org
                    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

U.S. Trustee

                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9