To Whom It May Concern,

I Janet Jones AKA Janet Jones Jr hereby request a new hearing date concerning case#18-20976-JKS. I am unable to pay $3,984.50 in debt as mentioned in the motion due to being out of work since June 2022 and being placed out of work by a Doctor after a surgery from September 2022. I am requesting a payment plan between the amount of $25.00- $50.00 a month. I also believe that I do not owe the mentioned amount due to the Association owing me $1,800.00 (see enclosed receipt) for a step repair that I paid for with my own money. The steps are part of the "common area" which makes them the Associations responsibility and I should be reimbursed the money. I have spoken to The Associations Manager (Sandy Bratcher) about this matter and she has constantly changed her story about if the money is owed to me or not. I believe that Sandy may be having memory issues. Enclosed are copies of statements that she sent me stating that I owed money dating back to June of 2021. I contacted her repeatedly telling her I have bank statements to prove I don't owe anything for those 3 months. Suddenly she got that "matter" fixed when she had this motion filed. Sandy lies about everything and is constantly unreachable. The service is horrible and I recently filed a complaint against Sandy with the Department Of Community Affairs. She lied about being open to allowing Association Members to her office which is a State regulation. Once the complaint was closed out she called a meeting via zoom (see enclosed notification) and not in her office where I can view books, contract information and the former insurance companies information. She lies all the time about everything and I have been fighting with everything I have to get her removed from her management position in our Association. Enclosed is paperwork supporting my response. I can be reached by mail at 74 Prospect Street East Orange NJ 07017/phone at 646-772-4887/201-878-0760/email carqueen77@yahoo.com 2dazmyday@gmail.com. Sincerely Yours,

Janet Jones

01-18-2023

18-20976





06/13/2022

Janet Jones
74 Prospect Street
East Orange, NJ 07017

Dear Janet Jones:

This letter will confirm your employment with FedEx Freight has been/ will be separated for Misconduct. The effective date of your employment separation is 06/09/2022.

Eligible employees will receive payment for all accrued personal/sick hours and/or accrued vacation hours in accordance with applicable laws. If you have not already received your final paycheck, it will be direct deposited into your bank account or mailed to your home in accordance with your previous election and applicable laws.
If you are enrolled in healthcare benefits, your benefits will end on 06/09/2022 and your COBRA benefits packet will be sent to the address we have on file within 45 days of 06/09/2022. If applicable, you will also receive separate status letters detailing your account information and options from Vanguard regarding your 401(k) and from the Pension Department regarding any pension for which you are eligible.
You will need to keep the company informed of your contact information so that we are able to provide information you may need in the future, such as your W-2 form.
If you feel this separation is inconsistent with FedEx Freight policies, you may be eligible to participate in the Fair Treatment Appeals Process depending on the reason for your separation. In order to appeal, you may call 1-844-727-7325 (844-7-APPEAL), or enter your appeal online at fxfappeal.ethicspoint.com. The completed appeal must be submitted within 10 calendar days of your separation notification.

Issues ineligible for review through the Fair Treatment Appeals Procedure include the following:

*   Employees who resign, including resignation in lieu of discharge
*   Driver disqualifications are not eligible for appeal under this process but may be appealed in accordance with "Driver Manual: Lesson 4 - Driver Review and Disqualification Procedure"
*   Violations and/or involuntary separations of the "Drug and Alcohol Policy" or the "Firearms and Weapons Policy"
*   Applicants or employees determined to have misstated an employment application.

Sincerely,

Rocco Coda
Mgr-Operations
FedEx Freight, Inc.

**Recheck Injury Flowsheet**

F AuthID:

ent: Jones, Janet
l: 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
: 45    DOB: 02/08/1977
ress: 74 Prospect St
EAST ORANGE, NJ 07017

ne: (646) 772-4887
rk: (201) 878-0760   Ext.:
l: (646) 772-4887

**Employer** FedEx Freight Inc

**Employer Location** FedEx Freight-Newark
**Address:** 75 Avenue L
Newark, NJ 071053805

**Auth. by:** Rocco Code, Op Mgr

Contact: SEE LOCATIONS
Phone: (123) 455-4321 Ext:
Contact: Wilfredo Gil
Role:    Primary Contact
Phone: (973) 466-0335 Ext:
Fax:

---

**nosis Information**

| | | |
|---|---|---|
| 922.3 Back Contusion | 847.0 Cervical Strain | 847.2 Lumbar Strain | 724.1 Thoracic Spine Pain |
| 724.5 Back Pain | 847.4 Coccyx Sprain | 847.3 Sacrum Strain | 847.1 Thoracic Strain |
| 847.9 Back Strain | 724.2 Lumbar Pain | 840.9 Shoulder Strain L / R | |

Treating Physician: _____

**Primary Diagnosis Severity:**    Mild   Moderate   Severe   NOF

Other Diagnosis: _____

**tivity Status for Back Injury**

____ **Restrictions of Primary Care Physician**

____ **Regular activity** _____

____ ____ Released from care

____ **Modified activity** _____

____ ____ Off work rest of shift with limited activity as follows:

____ ____ No lifting over ____ lbs

____ ____ No prolonged standing/walking longer than ____

____ ____ No bending > ____ times/hr

____ ____ No pushing/pulling over ____ lbs of force

____ ____ No reaching above shoulders

____ ____ No squatting/kneeling

____ ____ Keep wound clean and dry

____ ____ Should be sitting ____% of the time

____ ____ Unable to drive company vehicle

____ ____ Limited use of _____

____ **No activity**

**Dates:**    Anticipated MMI _____
Actual MMI _____
Permanent & Stationary _____

Remarks: _____
_____

Is this case recordable?    Yes    No

**Medications:**
☐ Dispensed    ☐ OTC    ☐ Prescribed

Return for evaluation on:   Mon   Tue   Wed   Thu   Fri   Sat   Sun
Date: _____   Time: ____   AM   PM
Recheck level:    1    2    3    4    5
Schedule for therapy ____ times per week for ____ weeks
Patient is referred to: _____

____ Referred, but returning for follow-up visit

____ Transferred Care

____ Released from Specialist

---

**Medical Implications**

| | | |
|---|---|---|
| ____ Cardiovascular | ____ Physical Impairment | ____ Vision |
| ____ Diabetes | ____ Seizures | ____ Other (Comments Required) |
| ____ Hearing | ____ Sleep Disorder - Sleep Evaluation Negative | _____ |
| ____ Hypertension | ____ Sleep Disorder - Sleep Evaluation Positive | Medication Allergy(s) (Comments Required) |
| ____ Medications | ____ Sleep Disorder - Treatment with PAP | _____ |
| ____ Myocardial Infarction | ____ Sleep Disorder - Sleep Referral Made | |

CMC-Newark, New Jersey
375 McCarter Hwy  Newark, NJ 07114
Phone:  973-643-8601        Fax:  973-643-8609

**Service Date:** 01/05/2023
**Case Date:** 02/16/2022

Claim Number:  4A22037J55H-0001

# Work Activity Status Report

**Patient:**  Janet Jones

**Address:**  74 Prospect St  EAST ORANGE NJ 07017

**Home:**  (646) 772-4887 (H)

**Work:**  (201) 878-0760 (W)

**Last 4 Digits of SSN:**  xxx-xx-8455

**Employer Location:**  FedEx Freight-Newark

**Address:**  75 Avenue L Newark , NJ 07105-3805

**Authorized by:**  Rocco Code, Op Mgr

**Date of Birth:**  02/08/1977

**Contact:**  Wilfredo Gil

**Role:**  Primary Contact

**Phone:**  973-466-0335

**Fax:**  0-0-0000

---

**THIS VISIT**        **Visit Type:**  Recheck

**Treating Clinician:**  Neil Roth, M.D.

**Time In:** 02:52:00 PM CST      **Time Out:** 03:52:54 PM CST

**Diagnoses:**

Encounter for orthopedic follow-up care (Z47.89)

**Medications:**

☐  Dispensed prescription medication

☐  Dispensed over-the-counter medication

☐  Medication(s) prescribed

---

## PATIENT STATUS

**Employer Notice:** The prescribed activity recommendations are suggested guidelines to assist in the patient's treatment and rehabilitation. Your employee has been informed that the activity prescription is expected to be followed at work and away from work.

**Treatment Status:**

Returning for follow-up:  ~V

**Work Status:**

No work

**Activity Prescription:**

Key': **Occasionally** = up to 3 hrs/day; **Frequently** = up to 6 hrs/day; **Constantly** = up to 8 hours or greater per day

Based on the Department of Labor definitions

---

## NEXT VISIT(S)

**Patient Notice:** It is essential to your recovery that you keep your scheduled appointments, but should you need to reschedule or cancel, please contact the clinic. Thank you for your cooperation.

**Visit Date and Time:**

01/19/2023 03:30 PM

**Visit Type:**

| Medical | Therapy | Specialist | Clinician: |
|---------|---------|-----------|------------|
| ☐ | ☐ | ☑ | Neil S Roth, MD |
| ☐ | ☐ | ☐ | |
| ☐ | ☐ | ☐ | |
| ☐ | ☐ | ☐ | |

**Work Activity Status Report**

©Concentra, Inc.® 2019. All rights reserved. Confidential. Revised 070819.

**Concentra®**

Hudson Crossing Surgery Center

Executive Drive

'ort Lee, NJ 07024

**JONES, JANET**
**ID: 0334554 - 1**   ACCT: 0334554
**DOB: 02/08/77**              **AGE: 45Y**
**DOS: 09/14/2022**            **SEX: F**
**DR: ROTH, NEIL S**

# DISCHARGE INSTRUCTIONS
## GENERAL ANESTHESIA

. For the rest of today, you may look as if you have a slight fever; your face might be red and your skin
  might feel warm and sweaty.

. The medicine which was used to put you to sleep may be acting in your body for the next twenty-four
  (24) hours, so you may feel a little sleepy; this feeling will slowly wear off. Because the medicine or sedation
  is still in your system, for the next twenty-four (24) hours you should not:

  a.  Drive a car, operate machinery or power tools;
  b.  Drink any alcoholic drinks (not even beer), or smoke;
  c.  Make important decisions, such as sign important papers.

  Children should rest at home, but may be up and about according to doctor's instructions.

. You may have some pain. The doctor may give a prescription for pain, if not Tylenol is recommended.
  This should be taken as directed. If the pain is not relieved, contact your doctor.

. It is better to start with liquids such as water, juice, then soup and crackers, and gradually work up to solid
  foods.

. You are not expected to have any fever; but if you feel warm today, take your temperature.
  If your temperature is 101 degrees or higher, call your doctor.

. You are not permitted to leave the Hudson Crossing Surgery Center alone following the administration of
  anesthesia. A responsible adult must be with you for the rest of the day and also during the
  night for your health and safety.

. If any questions arise, call your doctor. If you are unable to reach your physician, please call the Hudson
  Crossing Surgery Center at (201) 292-3100.

. We will be calling you to see how you are doing.

PECIAL INSTRUCTIONS: _Take Rx as prescribed, Keflex, Percocet._
_See attached instructions_

**Return for follow-up appointment:**

Physician: _Dr Roth_ _____     Phone: _____

The above discharge instructions have been reviewed with me and I have been given an opportunity to ask
questions. I have a good understanding of the instructions. I understand if I have questions in the future, that
should contact my doctor.

_____     _09/14/22_     _____
Signature-patient, guardian or responsible party      Date        Nurse's signature

**IN CASE OF EMERGENCY, PLEASE CALL 911 OR GO TO NEAREST EMERGENCY ROOM**

# BUILD USA, LLC.

0215

**40 HURON AVENUE, CLIFTON, NEW JERSEY 07013**

LIC # 13VH09052200

# 201-456-9942

**BUILDUSAA@GMAIL.COM**

| JANET   JONES | 74   Prospect   St |
|---|---|
| **CUSTOMER NAME** | **ADDRESS** |

| 347)  992 -1829 | EAST  ORANGE | NJ | 07017 | 11/18/16 |
|---|---|---|---|---|
| **TELEPHONE** | **CITY** | **ST.** | **ZIPCODE** | **DATE** |

Goods and Services: You agree to purchase from Direct Masonry the following goods and/or services in this agreement. Any specifications required by Building, Electric, Plumbing and fire codes that are not in the original agreement are additional. RESIDENCE: I acknowledge that the goods and services are not to be furnished or used in the courses of rehabilitating or altering the residence located I the same as above. I affirm that I own the residence.

**MASONRY**
- ☑ Steps
- ☐ Side Walks
- ☐ Foundations
- ☐ Curbs

**PAVERS**
- ☐ Walkways
- ☐ Patios
- ☐ Driveways
- ☐ Swimming Pools

**ROOFS**
- ☐ Shingles
- ☐ New Roofs
- ☐ Roof Repairs

**CHIMNEY**
- ☐ Bricks
- ☐ Flashing
- ☐ Apex Crown
- ☐ Mortar
- ☐ Terracotta Flues

All Other Work  Remove   the   Roofing   and   put it   back
Remove   the   limne stone   and   put   new   limne stone
Remove   the   concrete   on   the   top   of   the   steps
and   put   new   concrete   and   new   wire mesh
put   new   stucco   all   around   the   house
Clean   up   and   remove   any   job   realted   debris

We Propose hereby to furnish material and labor, complete in accordance with above specification, for the sum of:

Dollars $ 1800

Payment Terms:   Check.   Full   payment.

| **CREDIT CARD** | **Account #** _____ | Check # _____ |
|---|---|---|
| ☐ Visa | **Exp Date** __/__  **Sec Code** ___ | Customer DL# _____ |
| ☐ Mastercard | | Customer SS# _____ |
| | **Authorization Signature** | |

INSURANCE The contractor represents that it carries Workmen's Compensation and Public Liability Insurance. GUARANTEE & WARRANTY: Gas, Oil or Fireplace 316/a 1294c stainless steel liners carry a lifetime manufacturer transferable warranty, 3003-Gas 2ply carry 20 years manufacturer warranty. All other repairs carry a one year trade of today warranty. No Guaranty on proper draft in fireplace. START AND COMPLETION: You agree to start the above described work within 3 days after approval and complete the described work within 7 days. You shall not be liable for delay due to causes beyond your control. Emergency chimney services or dangerous violations and repairs may be started and completed immediately

| Start Date __/__/__   Completion Date __/__/__ | Homeowner Print: _____ |
|---|---|
| Estimator:  ANGEL   862·686·8016 | Homeowner Signature: _____ |

Prospect Town Homes
74 Prospect ST
E Orange n Jo7017

Please address billing disputes and written inquiries to Prospect
Town Homes, P.O. Box 549, Cedar Knolls, NJ 07927. For other
questions, call (973) 433-7581

**TOTAL AMOUNT DUE**

# $2,300.00

PAY THIS BILL ONLINE AT
**https://newjersey.appfollo.com/connect**

**STATEMENT FOR**

**Janet Jones**
74 Prospect St
East orange, NJ 07019

**UNIT ADDRESS**

74 Prospect St
East Orange, NJ 07019

| DATE | DESCRIPTION | TIME PERIOD | AMOUNT | BALANCE |
|------|-------------|-------------|--------|---------|
| **PAST DUE CHARGES** | | | | |
| 01 JUN | CONDO FEES | JUNE 2021 | $125.00 | **$125.00** |
| 01 JUL | CONDO FEES | JULY 2021 | $125.00 | **$250.00** |
| 01 AUG | CONDO FEES | AUGUST 2021 | $125.00 | **$375.00** |
| 01 SEP | CONDO FEES | SEPTEMBER 2021 | $125.00 | **$500.00** |
| 01 OCT | CONDO FEES | OCTOBER 2021 | $125.00 | **$625.00** |
| 01 NOV | CONDO FEES | NOVEMBER 2021 | $125.00 | **$750.00** |
| 02 NOV | MISCELLANEOUS INCOME | ASSESSMENT | $600.00 | **$1,350.00** |
| 01 DEC | CONDO FEES | DECEMBER 2021 | $125.00 | **$1,475.00** |
| 01 JAN | CONDO FEES | JANUARY 2022 | $150.00 | **$1,625.00** |
| 01 FEB | CONDO FEES | FEBRUARY 2022 | $150.00 | **$1,775.00** |
| 01 MAR | CONDO FEES | MARCH 2022 | $150.00 | **$1,925.00** |
| 01 APR | CONDO FEES | APRIL 2022 | $150.00 | **$2,075.00** |
| 01 MAY | CONDO FEES | MAY 2022 | $150.00 | **$2,225.00** |
| 01 JUN | CONDO FEES | JUNE 2022 | $150.00 | **$2,375.00** |
| 01 JUL | CONDO FEES | JULY 2022 | $150.00 | **$2,525.00** |
| **CURRENT & UPCOMING CHARGES** | | | | |
| | PREPAYMENT | | -$375.00 | **$2,150.00** |
| 01 AUG | CONDO FEES | AUGUST 2022 | $150.00 | **$2,300.00** |

**SEND PAYMENT TO**

**Prospect Town Homes**
P.O. Box 549
Cedar Knolls, NJ 07927

(973) 433-7561

Please address billing disputes and written inquiries to Prospect
Town Homes, P.O. Box 549, Cedar Knolls, NJ 07927. For other
questions, call (973) 433-7561

**TOTAL AMOUNT DUE**

# $3,020.50

PAY THIS BILL ONLINE AT
**https://newjersey.appfolio.com/connect**

**STATEMENT FOR**

Janet Jones
74 Prospect St
East orange, NJ 07019

**UNIT ADDRESS**

74 Prospect St
East Orange, NJ 07019

| DATE | DESCRIPTION | TIME PERIOD | AMOUNT | BALANCE |
|---|---|---|---|---|
| **PAST DUE CHARGES** | | | | |
| 01 JUN | CONDO FEES | JUNE 2021 | $125.00 | **$125.00** |
| 01 JUL | CONDO FEES | JULY 2021 | $125.00 | **$250.00** |
| 01 AUG | CONDO FEES | AUGUST 2021 | $125.00 | **$375.00** |
| 01 SEP | CONDO FEES | SEPTEMBER 2021 | $125.00 | **$500.00** |
| 01 OCT | CONDO FEES | OCTOBER 2021 | $125.00 | **$625.00** |
| 01 NOV | CONDO FEES | NOVEMBER 2021 | $125.00 | **$750.00** |
| 02 NOV | MISCELLANEOUS INCOME | ASSESSMENT | $600.00 | **$1,350.00** |
| 01 DEC | CONDO FEES | DECEMBER 2021 | $125.00 | **$1,475.00** |
| 01 JAN | CONDO FEES | JANUARY 2022 | $150.00 | **$1,625.00** |
| 01 FEB | CONDO FEES | FEBRUARY 2022 | $150.00 | **$1,775.00** |
| 01 MAR | CONDO FEES | MARCH 2022 | $150.00 | **$1,925.00** |
| 01 APR | CONDO FEES | APRIL 2022 | $150.00 | **$2,075.00** |
| 01 MAY | CONDO FEES | MAY 2022 | $150.00 | **$2,225.00** |
| 01 JUN | CONDO FEES | JUNE 2022 | $150.00 | **$2,375.00** |
| 01 JUL | CONDO FEES | JULY 2022 | $150.00 | **$2,525.00** |
| 01 AUG | CONDO FEES | AUGUST 2022 | $150.00 | **$2,675.00** |
| 01 AUG | MISCELLANEOUS INCOME | LEGAL FEES | $120.50 | **$2,795.50** |
| 01 SEP | CONDO FEES | SEPTEMBER 2022 | $150.00 | **$2,945.50** |
| 01 OCT | CONDO FEES | OCTOBER 2022 | $150.00 | **$3,095.50** |
| 01 NOV | CONDO FEES | NOVEMBER 2022 | $150.00 | **$3,245.50** |

CURRENT & UPCOMING CHARGES

| | | | | |
|---|---|---|---|---|
| | PREPAYMENT | | -$375.00 | $2,870.50 |
| 01 DEC | CONDO FEES | DECEMBER 2022 | $150.00 | $3,020.50 |

22, 4:11 PM

## (No Subject)

From: Janet Jones (carqueen77@yahoo.com)

To:    carqueen77@yahoo.com

Date: Monday, August 8, 2022, 04:10 PM EDT

4:09     LTE

⟨    **August Statement**    ⬇

JANET JONES JR  |  Account # 4830 0900 0929  |  July 13, 2021 to August 11, 2021

## Withdrawals and other subtractions - continued

| Date | Description | |
|---|---|---|
| 08/02/21 | GREENBERGEPAYFE  DES:ONLINEFEE  ID:13157744  INDN:JONES;JANET ID:CH13EPAYGL WEB | CO |
| 08/03/21 | CHECKCARD  0801 SYNCB PAYMENT 800-613-9545 GA 24138291214898882983967 | |
| 08/03/21 | Bank of America Home Loans Bill Payment | |
| 08/03/21 | Mission Lane Vis DES:Mission La ID:ST-W8Z2S0U9D3J4  INDN:JANET JONES ID:1800948598 WEB | CO |
| 08/04/21 | FIDELITY LIFE AS DES:Insurance  ID:0100982177 FLAL  INDN:JANET JONES ID:1361068685 PPD | CO |
| 08/09/21 | CHECKCARD  0808 HLU*Hulu 1913235700908- HULU.COM:BILLCA 24906411220127608362785 RECURRING | |
| 08/10/21 | OLLO       DES:ONLINEPYMT ID:212190231696531  INDN:JANET JONES ID:9000002835 WEB | CO |
| 08/11/21 | New Jersey Prope DES:WEB PMTS   ID:Z0F5Q4  INDN:Janet Jones       CO ID:9000227910 WEB | |

**Total withdrawals and other subtractions**

August 8 2022          To Whom It May Concern,                          I am submitting this complaint on my own behalf against the Manager of my Homeowners Association Sandy Bratcher. Sandy (see email notifications) refuses to provide me with sensitive information that I have rights to have access to. Last year she said that our insurance was lapsing and when I asked for the former insurance companies information she refused to cooperate. She also refuses to make herself available for a sit down with myself and other homeowners in the Association to view the books and see what our money is being used for. She is also refusing to provide us with copies of past, present and current renewals of her contract. She recently targeted me (see enclosed notification) for painting my deck in a notification she sent to everyone that lives here. We have a neighbor that has a public Hazzard with her steps being fully detached but this woman's name wasn't mentioned. She's also telling lies on the invoice saying I owe payments going back to June 2021 when I have a bank statement stating she received the last payment in August of 2021. Sandy also is unreachable by phone or in her office. The only time she responds is if you threaten to not pay any dues which is why I stopped paying until further notice. We barely have any meetings and when we did have a meeting last year we were all listed as residents at one address which seemed to be fraudulent. Judith Leverson was the president although she resided in Florida and she approved for work to be done although we all took a vote that the work shouldn't be done since many of us were facing financial issues from the current Pandemic. She is now threatening to put liens on our homes and holding back on maintenance because we didn't pay the $600.00 assessment fee for work that wasn't authorized by any of us  I believe I have covered all of the issues I'm looking to have addressed. In addition to this complaint I will be filing a complaint with the Superior Court in Newark along with disputing these charges. I can be reached by phone@ 646-772-4887/201-878-0760 email @ carqueen77@yahoo.com/ 2dazmyday@gmail.com and by mail @ 74 Prospect Street East Orange NJ 07017. Thank You Kindly

**State of New Jersey**
DEPARTMENT OF COMMUNITY AFFAIRS
101 SOUTH BROAD STREET
PO Box 805
TRENTON, NJ 08625-0805

PHILIP D. MURPHY
*Governor*

LT. GOVERNOR SHEILA Y. OLIVER
*Commissioner*

November 30, 2022

Ms. Janet Jones
74 Prospect Street
East Orange, NJ 07017

RE:  Prospect Townhomes (the "Association")

Dear Ms. Jones:

The Association Regulation Unit (the "ARU") has reviewed your complaint pertaining to the Association, signed and dated August 9, 2022 and contacted the Association regarding those matters that were within the ARU's limited jurisdiction.  Specifically, as it pertains to financial access by an owner.

Please note that as to financial access, the New Jersey Condominium Act N.J.S.A. 46:8B-14 (the "Act") states:

The association, acting through its officers or governing board, shall be responsible for the performance of the following duties, the costs of which shall be common expenses:

Subsection (g) states:

The maintenance of accounting records, in accordance with generally accepted accounting principles, open to inspection at reasonable times by unit owners.  Such records shall include.
  (i) A record of all receipts and expenditures
  (ii) An account for each unit setting forth any shares of common expenses or other charges due, the due dates thereof, the present balance due, and any interest in common surplus.

The ARU received a response on behalf of the Association from the property manager, Ms. Sandra Bratcher of New Jersey Property Management Services, in which she has stated "I have never stopped anyone from coming to my office to go over the records for the association".

Based on Ms. Bratcher's representation, the ARU confirmed the Act's requirements and that any owner who so requests shall have access to financial records in accordance with the Act.

Additionally, in your statement of August 8, 2022 that accompanied your Complaint, you stated that "[i]n addition to this complaint, I will be filing a complaint with the Superior Court in Newark along with disputing these charges."

Please be advised that N.J.A.C. 5:26-8.14 (d) provides:

Unit owners who believe that the association is acting contrary to this chapter or any applicable law, may petition a court of competent jurisdiction for relief at any time without filing a complaint with the Department.

1.When a complaint is filed in a court of competent jurisdiction, the Department shall be provided with a filed copy and then the Department shall hold its action in abeyance pending the court decision.

In light of all of the foregoing, the ARU has determined that no administrative action is warranted at this time. The ARU's review of your Complaint is concluded and closed.

Please be advised that the ARU does not have the statutory authority to resolve disputes concerning the payment of any Association dues or any other amounts that may be payable or liens for the same.

If you feel that you are entitled to immediate or further relief, you may proceed through private counsel and a court of competent jurisdiction.

Please be further aware that the ARU took no action on any other issues in your Complaint which may have involved the production of records beyond the requirements under the Act or the enforcement of the Association's governing documents, customs and practices as they were not within the limited jurisdiction of the ARU.

If you have any more questions or concerns, please reach out to Sandra Bratcher at 973-433-7561.

Very truly yours,

Michael Evans

Association Regulation Unit
Planned Real Estate Development
Bureau of Homeowner Protection
Department of Community Affairs



**To:**   [Sandy Bratcher <bratch72651@yahoo.com>]

**From**   Janet Jones <carqueen77@yahoo.com>

**Date**   Wed, Jan 11, 2023 at 12:21 PM

12:20  

←     **Re: Re:**

On Tue, Jul 5, 2022 at 6:47 AM, Sandy Bratcher <bratch72651@yahoo.com> wrote:

> ms Jones all emails are being sent to the attorney please speak with them and again I do not need to allow you in my office as I am threatened  by you and your verbal abuse.
> The attorney will deal with  you
> Management
>
>
> Sandra Bratcher
>
> New Jersey Property Management
>
> P.O. Box 549 Cedar Knolls, N.J.  07927
>
> 973-433-7561  fax  973-433-7558
>
>
> On Tuesday, July 5, 2022 at 05:49:29 AM EDT, Janet Jones <carqueen77@yahoo.com> wrote:

Lol no stupid I AM allowed in your office you have an
obligation to show me those books so I can come there
whenever I feel like coming there. Don't tell me not to email
you either you work for me I can email and contact you
anytime I want to. You are taking advantage of me you have
been doing this for 7 years and I'm sick of it. You wouldn't even
answer the phone the day I was moving in because my
Attorney asked me why you wouldn't answer your phone. I am
also demanding for the God knows how many times that you
hand over that former insurance companies information. We
probably haven't had insurance for years and you are in
violation of the bylaws. You are hiding all of this information
because you're stealing our money. Lol now when are you
planning to share those books and former insurance
companies with me. This is your last chance to cooperate. I
can come today. If not I'm going to count so the Judge can
handle you. I'm sick of you walking over me like I'm some kind



| Delete | Archive | Move | Reply all | More |

You lied your way out of that complaint but here's the email where you said I'm not allowed in your office

Sent from Yahoo Mail on Android

**(No Subject)**

From:  Janet Jones (carqueen77@yahoo.com)

To:     bratch72651@yahoo.com

Date:  Wednesday, July 6, 2022, 04:54 AM EDT

I'm still waiting for the phone number from the previous insurance company and for a date and time for us to meet at your office so we can sit down and go over the books. I will be emailing you daily about this. When we go to court all of these emails will be shown to the judge to prove just how many times you were contacted about this and we're rude, nasty, disrespectful and uncooperative. It will be in your best interest to respond to this email with the information I have requested.

Sent from Yahoo Mail on Android

## Books and former insurance company



From:   Janet Jones (carqueen77@yahoo.com)

To:     bratch72651@yahoo.com

Date:   Tuesday, July 5, 2022, 04:06 PM EDT

So as I said earlier in the day and months ago I need to see the books and the former insurance companies name and phone number. I can come to the office since I have a right to come there anytime this week so you can give me what I have the right to be given. You will continue to receive daily emails from me until you cooperate with my requests. Lol you can't stop me from emailing you, you are a Manager and you are supposed to fulfill your Management duties.

Sent from Yahoo Mail on Android

## Items that I need from you

From:    Janet Jones (carqueen77@yahoo.com)

To:       bratch72651@yahoo.com

Date:    Tuesday, July 19, 2022, 10:50 PM EDT


I'm going to need a copy of your contract from the first one when you begin to manage our homes. I will need all of them including all renewals up until the most recent renewal. I will also need the books along with the former insurance companies name, phone number and address. You can email me all of the above items or I can come to your office in person to pick they up.

Sent from Yahoo Mail on Android

October 16, 2021

Start time of meeting: 5:00PM
End Time of meeting: 7:00PM

Meeting and Owners:

## Attendance

- Marvean Dixon-Phillips
- Shannon Campbell
- Dave Singh
- Edna James/Nathaniel James
- Larry Walcott
- Andrew Brown
- Nigel Nestor
- Janet Jones
- Judith Leverson

## Topic of Discussion:

- Insurance for Common Property
- Sidewalk Repair
- Parking Lot Repair

## Insurance for Common Property:

- Insurance flagged the property and common areas need to be repaired by November, specifically the common area walkways.
- Time crunch: payments are due by **November 1st.**
- Contractors need to be licensed and insured.
- Two quotes were given by two contractors Flash Paving and Robert Gunn but both weren't specific enough.

## Sidewalk Repair

- Its apparent that it needs attention.
- Homeowners would like an additional week to gather a new quote that is detailed and entails scope of work.
- Walkway repair should include all the properties and not just the ones by the parking lot which was flagged by the insurance company.
- All cost should be divided equally.

**Parking Lot**

- Parking lot issue should be postponed until a later date although homeowners agree it should be re-done.
- A new quote should be administered for the parking lot, and it should also have a detailed scope of work.
- All sinkholes should be filled and not just a plain blacktop, that is not sufficient.
- To make up the money for some of the work in the common areas it was suggested that the HOA be raised to $200 by January 1st, 2022.

**Proposals:**

Three proposals were given to vote on:

1. New estimates for repair which include sidewalks and walkways, **7 out of 9** were in favor.
2. Raise HOA fee to $200 dollars by January 1 2022, **7 out of 9** were in favor.
3. Every homeowner should have copies of policies, notices, and contracts before meeting, **9 out of 9** were in favor.

**Action Items:**

- New Officers and Election Dates
- Vote on management
- Limit on time board members should hold office

**Next Meeting: October 23, 2020 at 5PM EST**



**PROPERTY
MANAGEMENT
SERVICES**

December 23, 2022

Prospect Townhomes Owners:

We had a very informative zoom meet, and it was unfortunate some owners could not attend.

Just to summarize.

1.  Insurance will cancel if we do not fix the parking lot area properly where the sink hole is.

2.  Our policy will increase according to the company due to price increases In materials and labor all due to replacement costs that are going up.

3.  Condo fees will need to be increased and an assessment put into place to cover these costs.

4.  Responsibilities of owners are to pay common fees monthly and any and all assessements necessary to maintain the property and common areas.

5.  No one can take down a deck put up a fence or change any appearance of the outside of the complex.

6.  We will be voting on officers for the association.  Anyone who wishes to run for the board

    MUST BE CURRENT WITH ALL FEES AND ASSESSMENTS. NO ACCEPTIONS.

Marveen would like to remain president, but anyone else current can put their name in for this
Position as well.
Positions are  president, vice president, secretary
You can write your name in on the ballot enclosed and mail it back to me as soon as possible.

Work to be done gutters leaders and down spouts cleaned 2 times a year.
Driveway patch work and
Redo entire driveway
Siding and roof issues

The building is suppose to bring in 2100.00 per month right now we are lucky to collect
This amount in a good month,  we are collecting  approximately 1175.00 monthly.   A Total of 7800.00 is outstanding right now.  This money could have taken care of allot of

Repairs.

The president of the board knows all the delinquent owners, she is the only one other then
The attorney who has been instructed to place liens freeze accounts and foreclosures if necessary.

Attached is the paper to be filled out and returned asap for voting .

I need to sit with the board and set up a new budget as well.

Thanks

Sandra Bratcher
Manager

**Mailing address**
**P.O. Box 549 Cedar Knolls, N.J.  07927**

**Phone: 973 433.7561**     **Email address:** bratch72651@yahoo.com



## PROPERTY MANAGEMENT SERVICES

June 29 2022

## All Owners Prospect Townhomes

I am writing this letter to advise you that if you have any money due your lawn will not

Be cut.  Also due to the fact that you all owe money there is no money to pay the insurance

No money to pay landscaping, the electric bill repairs to the parking lot etc.

Here is how it is playing out right now.

the outstanding balances total 7000.00

You have Ms Jones painting her deck removing things that are not hers.

I have contacted the lawyer as of now each unit owner will have a lien placed on their

unit for the outstanding balance.  If the association wants to pursue that further with

Foreclose on the units with large balances that is an option as well.

That walkway that was fixed kept the insurance company from dropping us and now there

Is not enough money in the account to pay for the monthly insurance premium.  It is

mandatory according to the by-laws that we have insurance on the complex.

Please pay the assessment and the open balances on your account if it applies to you.

Any questions please email me.

Thanks

Sandra Bratcher
Manager

**Mailing address**
**P.O. Box 549 Cedar Knolls, N.J.  07927**
**Phone: 973 433.7561      Email address:  bratch72651@yahoo.com**



**PROPERTY MANAGEMENT SERVICES**

November 22, 2022

Prospect Town Homes Owners:

I am planning to have a zoom meeting for all to attend virtually.  All you have to do is to

Load up the zoom app on your cell phone, follow the instructions once loaded up it will have

a meet number and a password.  As long as I have an email address for you I can link us

Together on the meet.   Please send me over your email address as soon as possible so I can

Update my records and send you all and invite to join the meet. It will be December 4th at 10am.

Send your email addresses to bratch72651@yahoo.com.

Someone will blow the leaves off property, and if the owners who refuse to pay would pay

All back monies we would not be having this problem.

Topics to be discussed.

To vote and or be on the board you must be current with condo fees and assessments.

Insurance inspection findings
Increase in insurance fees
Gutters
Future Assessments and increases in Condo Fees.
Deck missing
Steps that need replacing
Owner responsibilities/Association responsibilities

By Laws

I hope by making this virtual we can all be on board.  I am looking forward this meet.
REMEMBER PLEASE EMAIL ME YOUR CURRENT EMAIL ADDRESS SO I CAN SEND
YOU ALL THE LINK INFORMATION

Thanks

Sandra Bratcher Manager
**Mailing address**              **P.O. Box 549 Cedar Knolls, N.J.  07927**

**Phone: 973 433.7561**        **Email address:** bratch72651@yahoo.com