UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW LLC
Attorneys at Law
7 Glenwood Avenue
Suite 311b
East Orange, New Jersey 07017
(973) 677-9000 (phone)
(973) 675-5886 (fax)

David G. Beslow, Esq. DGB-5300
Attorney for Debtor, Janet Jones

In Re:

JANET JONES

Case No.: __18-20976__

Judge: __JKS__

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1. ☒ Motion for Relief from the Automatic Stay filed by __Prospect Townhomes Corp.__, creditor,

   A hearing has been scheduled for __February 9, 2023__, at __10:00 am__.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (**choose one**):

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
I dispute the amount owed as I am entitled to a setoff of $1800 for repairs made to common areas. I also dispute the special assessment and the legal fees billed that have not yet been approved by the Court. Creditor's motion contains only an attorney certification and has nothing submitted from anyone with personal knowledge. I wish to propose a reasonable cure of the acutal amount owed.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: January 24, 2023

/s/ Janet Jones
Debtor's Signature

Date: 01-24-2023

[signature]
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

# BUILD USA, LLC

**40 HURON AVENUE, CLIFTON, NEW JERSEY 07013**

LIC # 13VH09052200

## 201-456-9942

BUILDUSAA@GMAIL.COM

0215

| CUSTOMER NAME | ADDRESS |
|---|---|
| JANET JONES | 74 Prospect St |

| TELEPHONE | CITY | ST | ZIPCODE | DATE |
|---|---|---|---|---|
| 347) 992-1829 | EAST ORANGE | NJ | 07017 | 11/19/16 |

Goods and Services: You agree to purchase from Direct Masonry the following goods and/or services in this agreement. Any specifications required by Building, Electric, Plumbing and fire codes that are not in the original agreement are additional. RESIDENCE: I acknowledge that the goods and services are not to be furnished or used in the courses of rehabilitating or altering the residence located the same as above. I affirm that I own the residence.

**MASONRY**
- ☐ Steps
- ☐ Side Walks
- ☐ Foundations
- ☐ Curbs

**PAVERS**
- ☐ Walkways
- ☐ Patios
- ☐ Driveways
- ☐ Swimming Pools

**ROOFS**
- ☐ Shingles
- ☐ New Roofs
- ☐ Roof Repairs

**CHIMNEY**
- ☐ Bricks
- ☐ Flashing
- ☐ Apex Crown
- ☐ Mortar
- ☐ Terracotta Flues

All Other Work: Remove the Railing and put it back
Remove the limne stone and put new limne stone
Remove the concrete on the top of the steps
and put new concrete and new wire mash
put new stucco all around the house
Clean up and remove any job realted debris

We Propose hereby to furnish material and labor, complete in accordance with above specification, for the sum of:

Dollars $ 1,800

Payment Terms: Check Full payment

**CREDIT CARD**
- ☐ Visa
- ☐ Mastercard

Account # _____
Exp Date ___/___   Sec Code _____
Authorization Signature _____

Check # _____
Customer DL# _____
Customer SS# _____

INSURANCE The contractor represents that it carries Workmen's Compensation and Public Liability Insurance. GUARANTEE & WARRANTY: Gas, Oil or Fireplace 316/a 1294c stainless steel liners carry a lifetime manufacturer transferable warranty. 8003-Gas 2ply carry 20 years manufacturer warranty. All other repairs carry a one year trade of today warranty. No Guaranty on proper draft in fireplace. START AND COMPLETION: You agree to start the above described work within 3 days after approval and complete the described work within 7 days. You shall not be liable for delay due to causes beyond your control. Emergency chimney services or dangerous violations and repairs may be started and completed immediately.

Start Date ___/___/___    Completion Date ___/___/___    Homeowner Print: _____

Estimator: ANGEL  862-686-8016    Homeowner Signature: _____