| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>**Chapter 13 Standing Trustee**<br><br>IN RE:<br><br>JANET JONES | Case No.: 18-20976<br><br>Adv. No.:<br><br>Hearing Date:  08/10/2023<br><br>Judge:  JKS |

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 07/11/2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
JANET JONES
74 PROSPECT STREET
EAST ORANGE, NJ  07017
Mode of Service:  Regular Mail

Attorney for Debtor(s):
GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017
Mode of Service:  ECF and/or Regular Mail

Dated:  July 11, 2023

By:  /S/  Keith Guarneri
Keith Guarneri