

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY, NEWARK DIVISION**

Order Filed on July 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Glenford W. Warmington, Esq. (ID # 034842009)
Griffin Alexander, P.C.
415 Route 10, 2nd Floor
Randolph, NJ  07869
(973)366-1188 Fax:  973-366-4848
Attorney for Creditor, Prospect Townhomes Corporation

---

In re

    JANET JONES

        Debtor

Case No.: 18-20976-JKS
Chapter 13

Honorable John K. Sherwood,
U.S.B.J.

---

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is ORDERED.

**DATED: July 12, 2023**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of Creditor, Prospect Townhomes Corporation under Bankruptcy Code section 362(d) for relief from the automatic stay, and for cause shown from the Certification submitted by Whispering Woods Condominium Association, Inc., it is hereby:

1. **ORDERED**, that Debtor shall pay to Creditor's $4,284.50 to resolve Creditor's Motion for Relief from the Automatic Stay as follows:

   a. $4,284.50    on or before    6/15/2023

2. Debtor shall continue to make timely payments to the Association of post-petition assessments pursuant to the terms of the Association's governing documents.

3. If the Debtor fails to make any payment to the Trustee of Association or to Creditor pursuant to this Consent Order of the Bankruptcy Plan within thirty (30) days of the date that the payment is due, then the Association may obtain an Order Vacating the Automatic Stay, by filing with the Court, a Certification of Default specifying the Debtor's failure to comply with this Order. At the time that the certification is filed with the Court, a copy of the certification shall also be sent to the Chapter 13 Standing Trustee and the Debtor's attorney.

The undersigned hereby consent to the form and entry of the foregoing Order.

Griffin Alexander, P.C.
Attorneys for Creditor,
Prospect Townhomes Corporation

By: _____
Glenford Warmington, Esq.
Attorneys for Creditor,

Date: 4/12/23

David G. Beslow, Esq.
Attorneys for Debtor,
Janet Jones

By: _____
David G. Beslow, Esq.
Attorneys for Debtor, Esq.

Date: 4/12/23

2