UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY, NEWARK DIVISION

Order Filed on July 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Glenford W. Warmington, Esq. (ID # 034842009)
Griffin Alexander, P.C.
415 Route 10, 2nd Floor
Randolph, NJ 07869
(973)366-1188 Fax: 973-366-4848
Attorney for Creditor, Prospect Townhomes Corporation

In re

JANET JONES

Debtor

Case No.: 18-20976-JKS
Chapter 13

Honorable John K. Sherwood, U.S.B.J.

### ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is ORDERED.

DATED: July 12, 2023

Honorable John K. Sherwood
United States Bankruptcy Court

1

Upon the motion of Creditor, Prospect Townhomes Corporation under Bankruptcy Code section 362(d) for relief from the automatic stay, and for cause shown from the Certification submitted by Whispering Woods Condominium Association, Inc., it is hereby:

1. **ORDERED,** that Debtor shall pay to Creditor's $4,284.50 to resolve Creditor's Motion for Relief from the Automatic Stay as follows:

    a. $4,284.50    on or before   6/15/2023

2. Debtor shall continue to make timely payments to the Association of post-petition assessments pursuant to the terms of the Association's governing documents.

3. If the Debtor fails to make any payment to the Trustee of Association or to Creditor pursuant to this Consent Order of the Bankruptcy Plan within thirty (30) days of the date that the payment is due, then the Association may obtain an Order Vacating the Automatic Stay, by filing with the Court, a Certification of Default specifying the Debtor's failure to comply with this Order. At the time that the certification is filed with the Court, a copy of the certification shall also be sent to the Chapter 13 Standing Trustee and the Debtor's attorney.

The undersigned hereby consent to the form and entry of the foregoing Order.

| | |
|---|---|
| **Griffin Alexander, P.C.** | **David G. Beslow, Esq.** |
| Attorneys for Creditor, | Attorneys for Debtor, |
| Prospect Townhomes Corporation | Janet Jones |
| By: /s/ Glenford Warmington, Esq. | By: /s/ David G. Beslow, Esq. |
| Attorneys for Creditor, | Attorneys for Debtor, Esq. |
| Date: 4/12/23 | Date: 4/12/23 |

2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-20976-JKS |
| Janet Jones | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 13, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Janet Jones, 74 Prospect Street, East Orange, NJ 07017-2409 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 15, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor BANK OF AMERICA N.A. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Brian E Caine | on behalf of Creditor BANK OF AMERICA N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| David G. Beslow | on behalf of Debtor Janet Jones yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Glenford Washington Warmington | |

        on behalf of Creditor Prospect Townhomes Corporation attorneys@lawgapc.com

Kevin Gordon McDonald
        on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg
        magecf@magtrustee.com

Mark Goldman
        on behalf of Debtor Janet Jones yrodriguez@goldmanlaw.org
        yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10