18-20976

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: JANET JONES | Case No.: 18-20976 Chapter: 13 Judge: SHERWOOD |

U.S. BANKRUPTCY COURT FILED 2023 OCT -2 P 2: 51

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, JANET JONES, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 10-02-2023

Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.

rev.8/1/18