| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Janet Jones <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–8455 <br> EIN  \_\_–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  \_ \_ \_ \_ <br> EIN  \_\_–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–20976–JKS | | |

# Order of Discharge                                                                                          12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

>   Janet Jones
>   aka Janet Jones Jr.

<u>10/2/23</u>                                                                     **By the court:** <u>John K. Sherwood</u>
                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Janet Jones  
    Debtor

Case No. 18-20976-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 5  
Date Rcvd: Oct 02, 2023      Form ID: 3180W      Total Noticed: 84

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janet Jones, 74 Prospect Street, East Orange, NJ 07017-2409 |
| cr | + | BANK OF AMERICA, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | Prospect Townhomes Corporation, c/o Griffin Alexander, P.C., 415 Route 10, Randolph, NJ 07869-2100 |
| 517563927 | + | Edc/benjamin H Realty, 7 Glenwood Ave Ste 3085, East Orange, NJ 07017-1055 |
| 517563948 | + | PAM, LLC - New Jersey EZPass, PO Box 1642, Milwaukee, WI 53201-1642 |
| 517563949 | + | PAM, LLC - New Jersey EZPass, PO Bo 1520, Milwaukee, WI 53201-1520 |
| 517563950 | + | Prospect Townhouses, PO Box 549, Cedar Knolls, NJ 07927-0549 |
| 517726130 | | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 517563953 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 517563954 | | State of New Jersey, Division of Taxation, Revenue Processing Center, P.O. Box 222, Trenton, NJ 08646-0222 |
| 517597444 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 02 2023 22:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 02 2023 22:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517563902 | + | EDI: URSI.COM | Oct 03 2023 01:08:00 | Alltran Financial LP, Po Box 722910, Houston, TX 77272-2910 |
| 517640238 | | Email/PDF: bncnotices@becket-lee.com | Oct 02 2023 22:29:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517563904 | + | Email/PDF: bncnotices@becket-lee.com | Oct 02 2023 22:53:54 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517563903 | + | Email/PDF: bncnotices@becket-lee.com | Oct 02 2023 22:53:19 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517674252 | | EDI: BANKAMER.COM | Oct 03 2023 01:08:00 | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 517563909 | + | EDI: BANKAMER.COM | Oct 03 2023 01:08:00 | Bank Of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 517563905 | + | EDI: BANKAMER.COM | Oct 03 2023 01:08:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 517563910 | + | EDI: BANKAMER.COM | Oct 03 2023 01:08:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 517563906 | + | EDI: BANKAMER.COM | | |

Case 18-20976-JKS    Doc 77    Filed 10/04/23    Entered 10/05/23 00:17:53    Desc Imaged
                               Certificate of Notice    Page 4 of 7

| District/off: 0312-2 | User: admin | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Oct 02, 2023 | Form ID: 3180W | Total Noticed: 84 |

| Recip ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 517657726 | + | EDI: BANKAMER2.COM | Oct 03 2023 01:08:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| | | | Oct 03 2023 01:14:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517563915 | | EDI: CAPITALONE.COM | Oct 03 2023 01:08:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517563913 | + | EDI: CAPITALONE.COM | Oct 03 2023 01:08:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517671026 | | EDI: CAPITALONE.COM | Oct 03 2023 01:08:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517563918 | + | EDI: CITICORP.COM | Oct 03 2023 01:14:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517563917 | + | EDI: CITICORP.COM | Oct 03 2023 01:14:00 | Citibank/The Home Depot, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517563920 | + | EDI: CITICORP.COM | Oct 03 2023 01:14:00 | Citicards, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 517563919 | + | EDI: CITICORP.COM | Oct 03 2023 01:14:00 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517563921 | + | EDI: WFNNB.COM | Oct 03 2023 01:14:00 | Comenity Bank/Overstock, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517563922 | + | EDI: WFNNB.COM | Oct 03 2023 01:14:00 | Comenity Bank/Overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 517563924 | + | EDI: WFNNB.COM | Oct 03 2023 01:14:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 517563923 | + | EDI: WFNNB.COM | Oct 03 2023 01:14:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517563926 | | EDI: DISCOVER.COM | Oct 03 2023 01:08:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 517563984 | + | EDI: CITICORP.COM | Oct 03 2023 01:14:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517563985 | + | EDI: CITICORP.COM | Oct 03 2023 01:14:00 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 517577152 | | EDI: DISCOVER.COM | Oct 03 2023 01:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517563925 | + | EDI: DISCOVER.COM | Oct 03 2023 01:08:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517563928 | | Email/Text: bankruptcycourts@equifax.com | Oct 02 2023 22:12:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517563929 | | Email/Text: bankruptcycourts@equifax.com | Oct 02 2023 22:12:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 517563930 | ^ | MEBN | Oct 02 2023 21:20:17 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 517563931 | ^ | MEBN | Oct 02 2023 21:18:51 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 517563939 | | Email/Text: BNSFS@capitalsvcs.com | Oct 02 2023 22:11:00 | First Savings Credit Card, 500 East 60th St North, Sioux Falls, SD 57104 |
| 517563937 | | Email/Text: BNSFS@capitalsvcs.com | Oct 02 2023 22:11:00 | First Savings Credit Card, Po Box 5019, Sioux Falls, SD 57117 |
| 517563935 | + | EDI: AMINFOFP.COM | Oct 03 2023 01:14:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 517563933 | + | EDI: AMINFOFP.COM | Oct 03 2023 01:14:00 | First Premier Bank, 601 S Minnesota Ave, Sioux |

Case 18-20976-JKS    Doc 77    Filed 10/04/23    Entered 10/05/23 00:17:53    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 02, 2023 | Form ID: 3180W | Total Noticed: 84 |

| | | | |
|---|---|---|---|
| 517563941 | EDI: IRS.COM | Oct 03 2023 01:14:00 | Falls, SD 57104-4868<br>Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 517685303 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2023 22:53:20 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517653828 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 02 2023 22:14:08 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517563943 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 02 2023 22:53:22 | Merrick Bank/CardWorks, Pob 9201, Old Bethpage, NY 11804-9001 |
| 517563942 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 02 2023 22:13:37 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517563944 | Email/Text: bankruptcy@mynycb.com | Oct 02 2023 21:53:00 | New York Community Ban, 13665 Roosevelt Ave, Flushing, NY 11354 |
| 517563932 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 02 2023 22:11:00 | EZ Pass, 375 McCarter Highway, Newark, NJ 07114 |
| 517691952 | EDI: PRA.COM | Oct 03 2023 01:14:00 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 517681156 | + EDI: JEFFERSONCAP.COM | Oct 03 2023 01:14:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517563952 | Email/Text: bkrpt@retrievalmasters.com | Oct 02 2023 22:18:00 | RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 517563951 | + Email/Text: bkrpt@retrievalmasters.com | Oct 02 2023 22:18:00 | RMCB, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 517563956 | + EDI: RMSC.COM | Oct 03 2023 01:08:00 | Syncb/home Design Se, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517563955 | + EDI: RMSC.COM | Oct 03 2023 01:08:00 | Syncb/home Design Se, Po Box 96060, Orlando, FL 32896-0001 |
| 517570002 | + EDI: RMSC.COM | Oct 03 2023 01:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517563957 | + EDI: RMSC.COM | Oct 03 2023 01:08:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 517563958 | + EDI: RMSC.COM | Oct 03 2023 01:08:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517563960 | + EDI: RMSC.COM | Oct 03 2023 01:08:00 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 517563959 | + EDI: RMSC.COM | Oct 03 2023 01:08:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517563962 | + EDI: RMSC.COM | Oct 03 2023 01:08:00 | Synchrony Bank/TJX, Po Box 965005, Orlando, FL 32896-5005 |
| 517563961 | + EDI: RMSC.COM | Oct 03 2023 01:08:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517563963 | + EDI: RMSC.COM | Oct 03 2023 01:08:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517563965 | + EDI: RMSC.COM | Oct 03 2023 01:08:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 517563971 | EDI: TDBANKNORTH.COM | Oct 03 2023 01:14:00 | Td Banknorth, 32 Chestnut St, Lewiston, ME 04240 |
| 517563969 | EDI: TDBANKNORTH.COM | Oct 03 2023 01:14:00 | Td Banknorth, Attn: Bankruptcy, Po Box 1190, |

Case 18-20976-JKS   Doc 77   Filed 10/04/23   Entered 10/05/23 00:17:53   Desc Imaged
                              Certificate of Notice   Page 6 of 7

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 02, 2023 | Form ID: 3180W | Total Noticed: 84 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Lewston, ME 04243 |
| 517693745 | + | Email/Text: bncmail@w-legal.com | Oct 02 2023 22:18:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517563973 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 02 2023 22:12:00 | Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 517563968 | + | EDI: WTRRNBANK.COM | Oct 03 2023 01:14:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 517563967 | | EDI: WTRRNBANK.COM | Oct 03 2023 01:14:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 517633673 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 02 2023 22:11:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519166445 | | Email/PDF: bncnotices@becket-lee.com | Oct 02 2023 22:53:54 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517563974 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 02 2023 22:12:00 | Toyota Motor Credit Co, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 517563975 | ^ | MEBN | Oct 02 2023 21:19:59 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 517563976 | ^ | MEBN | Oct 02 2023 21:19:35 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 517563980 | + | Email/Text: EDBKNotices@ecmc.org | Oct 02 2023 21:53:00 | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 517563977 | + | Email/Text: EDBKNotices@ecmc.org | Oct 02 2023 21:53:00 | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 517563983 | ^ | MEBN | Oct 02 2023 21:21:31 | Violations Processing Center, P.O. Box 15186, Albany, NY 12212-5186 |
| 517688629 | | Email/PDF: bncnotices@becket-lee.com | Oct 02 2023 23:05:37 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 73

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517563911 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 517563912 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 517563907 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 517563908 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 517563916 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517563914 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517563940 | *P++ | FIRST SAVINGS BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, First Savings Credit Card, 500 East 60th St North, Sioux Falls, SD 57104 |
| 517563938 | *P++ | FIRST SAVINGS BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, First Savings Credit Card, Po Box 5019, Sioux Falls, SD 57117 |
| 517563936 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 517563934 | *+ | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 517563945 | *P++ | NEW YORK COMMUNITY BANK, ATTN BANKUPTCY DEPT, 1801 E 9TH ST, CLEVELAND OH 44114-3103, address filed with court:, New York Community Ban, 13665 Roosevelt Ave, Flushing, NY 11354 |
| 517563946 | *P++ | NEW YORK COMMUNITY BANK, ATTN BANKUPTCY DEPT, 1801 E 9TH ST, CLEVELAND OH 44114-3103, address filed with court:, New York Community Ban, 13665 Roosevelt Ave, Flushing, NY 11354 |
| 517563947 | *P++ | NEW YORK COMMUNITY BANK, ATTN BANKUPTCY DEPT, 1801 E 9TH ST, CLEVELAND OH 44114-3103, address filed with court:, New York Community Ban, 13665 Roosevelt Ave, Flushing, NY 11354 |
| 517563964 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517563966 | *+ | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 517563972 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, Td Banknorth, 32 Chestnut |

|  |  |  |
|---|---|---|
|  |  | St, Lewiston, ME 04240 |
| 517563970 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, Td Banknorth, Attn: Bankruptcy, Po Box 1190, Lewston, ME 04243 |
| 517563981 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 517563982 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 517563978 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 517563979 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 0 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor BANK OF AMERICA N.A. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Brian E Caine | on behalf of Creditor BANK OF AMERICA N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| David G. Beslow | on behalf of Debtor Janet Jones yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Glenford Washington Warmington | on behalf of Creditor Prospect Townhomes Corporation attorneys@lawgapc.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Janet Jones yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10